452 A.2d 24

Commonwealth v. Casuccio, Appellant.
Reargument Denied Nov. 22, 1982.

Petition for Allowance of Appeal
Denied March 30, 1983.

Argued January 11, 1981. Phillip L. Clark, for appellant; John Lee Brown, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BECK and VAN der VOORT, JJ.

Judgment of sentence affirmed.

452 A.2d 555

Commonwealth v. Christjohn, Appellant.
Reargument Denied Dec. 1, 1982.

Petition for Allowance of Appeal
Denied April 8, 1983.

Submitted March 16, 1982. Charles J. Duke, for appellant; Jay Paul Kahle, for Commonwealth, appellee.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

Affirmed.